IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GLENN MACK, *Plaintiff* | : : : | CIVIL ACTION |
| v. | : : | |
| PROGRESSIVE CORPORATION *et al.*, *Defendants* | : : | No. 23-2430 |

### ORDER

AND NOW, this 13th day of March, 2024, upon consideration of Progressive's Motion to Compel Arbitration and Dismiss (Doc. No. 20), all responses and replies thereto, Progressive's Renewed Motion to Dismiss (Doc. No. 26), all responses and replies thereto, and for the reasons set forth in the accompanying memorandum it is **ORDERED** that:

1. The Motion to Compel Arbitration (Doc. No. 20) is **GRANTED.**

2. The case is **STAYED,** pending the arbitrator's decision on arbitrability.

3. The Court of Clerk is directed to place the case in **SUSPENSE.**

4. The Renewed Motion to Dismiss (Doc. No. 26) is **DENIED AS MOOT without prejudice.**

BY THE COURT:

*/s/ Gene E.K. Pratter*
GENE E.K. PRATTER
United States District Judge